# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

DORA FAYE SMITH, individually and )
as administrator of the Estate of )
DONALD C. SMITH, deceased, )
)
      Plaintiffs, )   CIVIL ACTION NO.: CV205-124
)
      v. )
)
JOHN CHRISTNER TRUCKING, INC., )
a foreign corporation, )
)
      Defendant. )

## ORDER

Pursuant to the provisions of Local Rule 83.4, the Court has considered the motion of Joseph P. Milton, Michael P. Milton, and Joshua A. Whitman, Attorneys at Law, for special admission to practice before this Court, *pro hac vice*, in the above-styled case. (Doc. 14.)

It appears to the Court that said attorneys are not residents of this district, are members in good standing of the bar of the United States District Court for the Middle District of Florida, and do not maintain offices in the Southern District of Georgia for the practice of law. Said motion is **GRANTED**.

SO ORDERED, this 30th day of August, 2005.

                              JAMES E. GRAHAM
                              UNITED STATES MAGISTRATE JUDGE

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

R. JOHNATHAN HART
ERIC L. LEACH
JOSEPH MILTON
MICHAEL MILTON
JOHN S. MYERS
CHRISTOPHER ROUSE
JOSHUA WHITMAN

CASE NO: CV205-124
DATE SERVED: 8/30/05
SERVED BY: NITA ROSE

☐ Copy placed in Minutes
☐ Copy given to Judge
☒ Copy given to Magistrate