IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

DORA FAYE SMITH, INDIVIDUALLY
AND AS ADMINISTRATOR OF THE
ESTATE OF DONALD C. SMITH,
DECEASED,

    Plaintiff,

v.

JOHN CHRISTNER TRUCKING, INC.,
A FOREIGN CORPORATION,

    Defendant.

CIVIL ACTION
FILE NO.:  CV205-124

## CONSENT ORDER RELEIVING DEFENDANT FROM OBLIGATION TO HAVE INSURANCE COMPANY REPRESENTATIVE PRESENT AT MEDIATION

IT APPEARING TO THE COURT, that the parties to the above-referenced civil action are, pursuant to Court Order, scheduled to mediate this case before Robert E. Falligant, Jr., Esq., at 10:00 a.m. on December 13, 2005, at the Hyatt Regency Hotel in Savannah, Georgia; and

IT APPEARING TO THE COURT, that the Court ordered the Defendant to have a representative of the Defendant's insurance company present at the mediation; and

IT APPEARING TO THE COURT, that the Defendant's insurance company has offered for settlement all coverage available to the Defendant; and

IT APPEARING TO THE COURT, that the Plaintiff agrees that a representative from the Defendant's insurance company is not necessary to successfully mediate this case.

IT IS HEREBY ORDERED AND ADJUDGED, that a representative of the Defendant's insurance company is not required to attend the mediation of this case.

This 5th day of December, 2005.

```
_____
HON. ANTHONY A. ALAIMO
JUDGE, UNITED STATES DISTRICT
COURT, SOUTHERN DISTRICT OF
GEORGIA
```

CONSENT BY:

MILTON, LEACH, WHITMAN, D'ANDREA,
CHAREK & MILTON, P.A.

```
_____
JOSEPH P. MILTON, ESQ.
pro hac vice
Attorneys for Plaintiff
815 S. Main Street
Suite 200
Jacksonville, FL  32207
(904) 346-3800
```

[SIGNATURES CONTINUE ON NEXT PAGE]

- 3 -

DENNIS, CORRY, PORTER & SMITH, L.L.P.

*[signature]*

GRANT B. SMITH, ESQ.
For the Firm
Georgia Bar No. 658345
Attorneys for Defendant
Piedmont Fourteen, Suite 900
3535 Piedmont Road
Atlanta, GA  30305
(404) 365-0102


2280-9304(GBS)

-3-